**Order entered September 5, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01000-CV

### IN RE JEROME JOHNSON, Relator

### Original Proceeding from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F01-53637-JH

## ORDER

Before the Court is relator's motion to suspend the rules as to number of pages, type settings, and margins. The Court has accepted and filed relator's petition for writ of mandamus. Accordingly, we **DENY** the motion as moot.

/s/     JASON BOATRIGHT
          JUSTICE